JAMES B. RYER, Respondent, v. THOMAS WIBERLEY, Appellant.

*Agreement for commissions — construction of.*

This action was brought to recover commissions claimed to be due under a written agreement by which the defendant promised to pay to the plaintiff ten per cent on all sales made to customers that he solicited, or that might be made through his influence. *Held*, that by a fair interpretation of the agreement, whenever the solicitation was of, or the influence was exercised upon, a person who had already dealt with the defendant, the commission should be confined to the transaction accomplished, thus requiring separate sales by the plaintiff

to entitle him to a continuing benefit under the agreement, unless from the length of time during which the customer had ceased to deal with the defendant, it would be a fair inference that he had discontinued his patronage; while, if the customer were made such by the intervention of the plaintiff's solicitation or influence, the commissions should be payable on all sales to him as long as the agreement continued unbroken.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*F. G. Salmon* and *James R. Angel*, for the appellant.

*Peabody & Baker*, for the respondent.

Opinion by BRADY, J.

DANIELS, J., concurred.

Judgment modified, and as modified affirmed, without costs to either party.